SCWC-15-0000048

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PO,
Respondent/Petitioner-Appellee,

vs.

JS,
Petitioner/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000048; FC-P NO. 08-1-0162)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Respondent-Appellant's Application for Writ

of Certiorari, filed on September 9, 2016, is hereby accepted

and will be scheduled for oral argument.  The parties will be

notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, October 21, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

